**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| YUEH-LAN WANG, *by and through her*<br>*attorney-in-fact,* Winston Wen-Young Wong, )<br><br>            Plaintiff,<br><br>      v.<br><br>NEW MIGHTY U.S. TRUST, NEW<br>MIGHTY FOUNDATION, and<br>CLEARBRIDGE LLC<br><br>            Defendants. | Civil Action No. 1:10-cv-01743-JEB<br><br>**DECLARATION OF SUSAN WANG IN**<br>**SUPPORT OF DEFENDANTS'**<br>**OPPOSITION TO PLAINTIFFS'**<br>**MOTION FOR LEAVE TO FILE**<br>**SECOND AMENDED COMPLAINT AND**<br>**FOR OTHER RELIEF** |

I, Susan Wang, hereby declare:

1.       I am a member of the Board of Directors of New Mighty Foundation ("NMF"), a Defendant in the above-captioned matter. I submit this Declaration in support of the Defendants' Opposition to Plaintiffs' Motion for Leave to File Second Amended Complaint and For Other Relief.

2.       I understand that NMF and the other two Defendants are arguing that this case should be dismissed under the doctrine of *forum non conveniens* in favor of a court of competent jurisdiction in Taipei, Taiwan. In connection with that argument, as a member of the Board of Directors of NMF, I confirm that the Board has authorized NMF to consent to jurisdiction and service of process of this action in Taiwan. NMF further agrees to the following waiver of statute of limitation defenses if the action is dismissed on forum non conveniens grounds (this is the same waiver that I provided in my personal capacity in connection with the dismissal of the parallel action that Winston Wong, on behalf of Yueh-Lan purported to bring against me in New Jersey federal court: NMF will not assert any statute of limitation defenses in an action refiled in

1

Taiwan that could not have been asserted by Defendants in this action, with the express understanding that Defendants will be permitted to assert before the Taiwan court (1) those statute of limitations defenses that existed as of October 14, 2010 and (2) those statute of limitation defenses arising from Defendants' contentions that because Winston Wong lacked the authority to commence this action under the alleged power of attorney from Yueh-Lan Wang, the filing of the Complaint on October 14, 2010, did not operate to toll any statute of limitations.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 28, 2017

_____
**SUSAN WANG**

106年度北院民認麟字

| 北院民認麟字 | | 日期 |
|---|---|---|
| 案 號 Case No. | 11231 1 | Date **APR.** 2 8 2017 |

本文件之簽名或蓋章,於臺灣臺北地方法院所屬民間公
證人南京聯合事務所認證。公證人 陳 幼 麟
Attested at the NanJing Notary Public Office of Taiwan
Taipei District Court, R.O.C., that the signature(s)/seal(s) in
this document is/are authentic.
Chen, Yu-Lin
Notary Public
3F-1, 285, Sec.3, Nanjing E. Rd., Taipei, Taiwan, R.O.C.

2