UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHIN-TEH HSU, TONG-SCHUNG TAI, AND ROBERT SHI, as joint executors of the will of Yueh-Lan Wang,<br><br>Plaintiffs,<br><br>v.<br><br>NEW MIGHTY U.S. TRUST, NEW MIGHTY FOUNDATION, and CLEARBRIDGE LLC,<br><br>Defendants. | Civil Action No. 1:10-cv-01743-JEB<br><br>DECLARATION OF SUSAN WANG IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED COMPLAINT |

I, Susan Wang, hereby declare:

1. I submit this Declaration in support of the Defendants' Motion to Dismiss the Second Amended Complaint.

2. I have previously submitted a Declaration in this action dated April 28, 2017 ("my prior Declaration," which I understand was filed as D.E. 38-29). As I stated in my prior declaration, I am a member of the Board of Directors of New Mighty Foundation ("NMF"), a Defendant in the above-captioned matter. (The other members of the Board are Sandy Wang, William Wong and Wilfred Wang.)

3. I understand that as part of their present Motion to Dismiss the Second Amended Complaint, NMF and the other Defendants are asserting this case should be dismissed under the doctrine of *forum non conveniens* in favor of a court of competent jurisdiction in Taipei, Taiwan.

4. I stated in my prior declaration that the NMF Board had authorized NMF to consent to jurisdiction and service of process of this action in Taiwan if it is dismissed on *forum*

1

*non conveniens* grounds and re-filed in a court of competent jurisdiction in Taipei, Taiwan. This authorization remains effective and NMF will consent to jurisdiction and service of process of this action in Taiwan if it is dismissed on *forum non conveniens* grounds and re-filed in a court of competent jurisdiction in Taipei, Taiwan.

5. In my prior declaration I also stated that NMF agreed to a waiver of statute of limitations defenses if this action were to be dismissed on *forum non conveniens* grounds and re-filed in a court of competent jurisdiction in Taipei, Taiwan.

6. I understand that the Court has expressed concern as to the scope of the waiver agreed to by Defendants, including NMF (as set forth in my prior declaration). For the avoidance of doubt, and in order to make clear the scope of this waiver, NMF agrees as follows: if this action is dismissed on *forum non conveniens* grounds and re-filed in a court of competent jurisdiction in Taipei, Taiwan, then NMF will not assert that any of the claims asserted in Plaintiffs' Second Amended Complaint are extinguished or barred as being untimely and accordingly, NMF will not assert any limitations or statute of limitations defense in a Taiwan court with respect to any of those claims.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 27th, 2017

_____
SUSAN WANG