**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LIU CHIN MEI, TONG-SCHUNG TAI, AND ROBERT SHI, *as joint executors of the will of Yueh-Lan Wang*,<br><br>Plaintiffs,<br><br>v.<br><br>NEW MIGHTY U.S. TRUST, NEW MIGHTY FOUNDATION, and CLEARBRIDGE, LLC,<br><br>Defendants. | Civil Action No. 1:10-01743 (JEB) (GMH) |

**Joint Status Report**

Plaintiffs and Defendants respectfully submit this joint status report in accordance with the Court's November 8, 2024 Minute Order:

1. The parties attended an in-person mediation with Magistrate Judge Harvey on April 30, 2024.
2. The parties are continuing their discussions and may seek an additional conference with Magistrate Judge Harvey in the near future. The parties request that this case remain stayed for an additional 30 days so they may continue these discussions.
3. The parties will submit another joint status report on January 6, 2024.

Dated: December 6, 2024

Respectfully submitted,

*/s/ Shawn J. Rabin*
William C. Carmody (*admitted pro hac vice*)
Shawn J. Rabin (*admitted pro hac vice*)
Raj Mathur (*admitted pro hac vice*)
Tyler Finn (*admitted pro hac vice*)

*/s/ David B. Leland*
David B. Leland
Jessie Liu
Bradley A. Klein

SUSMAN GODFREY L.L.P.
One Manhattan West
50th Floor
New York, NY 10001
Telephone: (212) 336-8330
Facsimile: (212) 336-8340
bcarmody@susmangodfrey.com
srabin@susmangodfrey.com
rmathur@susmangodfrey.com
tfinn@susmangodfrey.com

Mary Kathryn Sammons
D.C. Bar Number TX0030
SUSMAN GODFREY L.L.P.
1000 Louisiana, Suite 5100
Houston, TX 77002
Telephone: (713) 653-7864
Facsimile: (713) 654-6666
ksammons@susmangodfrey.com

*Attorneys for Plaintiffs Liu Chin Mei, Tong-Schung Tai, and Robert Shi, as joint executors of the will of Yueh-Lan Wang*

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005-2111
david.leland@skadden.com
jessie.liu@skadden.com
bradley.klein@skadden.com

John L. Gardiner
Andrew Muscato
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West, 395 9th Ave
New York, NY 10001
john.gardiner@skadden.com
andrew.muscato@skadden.com