**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

LIU CHIN MEI, TONG-SCHUNG TAI, AND ROBERT SHI, *as joint executors of the will of Yueh-Lan Wang*,

Plaintiffs,

v.

NEW MIGHTY U.S. TRUST, NEW MIGHTY FOUNDATION, and CLEARBRIDGE LLC,

Defendants.

Civil Action No. 1:10-cv-01743-JEB

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and among the undersigned parties, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that the above-captioned action is voluntarily dismissed with prejudice, with each party to bear its own costs and attorney's fees.

William C. Carmody (*admitted pro hac vice*)
Shawn J. Rabin (*admitted pro hac vice*)
Raj Mathur (*admitted pro hac vice*)
Tyler Finn (*admitted pro hac vice*)
SUSMAN GODFREY L.L.P.
One Manhattan West
50th Floor
New York, NY 10001
Telephone: (212) 336-8330
Facsimile: (212) 336-8340
bcarmody@susmangodfrey.com
srabin@susmangodfrey.com
rmathur@susmangodfrey.com
tfinn@susmangodfrey.com

David B. Leland
D.C. Bar Number 484096
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, D.C.
20005-2111
Tel: (202) 371-7713
Fax: (202) 661-8257
david.leland@skadden.com

*Counsel for Defendants*

Mary Kathryn Sammons
D.C. Bar Number TX0030
SUSMAN GODFREY L.L.P.
1000 Louisiana, Suite 5100
Houston, TX 77002
Tel: (713) 653-7864
Fax: (713) 654-6666
ksammons@susmangodfrey.com

*Counsel for Plaintiffs*

Dated: December 23, 2024